No. 89–5321.  HENDERSON v. CLINTON, GOVERNOR OF ARKANSAS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 89–5326.  BOYD v. VILLAGE OF WHEELING, ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 89–5330.  VENERI v. CASEY, GOVERNOR OF PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–5334.  HAUPT v. BOARD OF PROFESSIONAL RESPONSIBILITY, DISTRICT OF COLUMBIA COURT OF APPEALS.  Ct. App. D. C.  Certiorari denied.

No. 89–5335.  HERRING v. TEXAS.  Ct. App. Tex., 13th Dist. Certiorari denied.

No. 89–5336.  ANDREWS v. DAHM, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 89–5337.  GALLAGHER v. HALL ET AL.  C. A. 6th Cir. Certiorari denied.

No. 89–5344.  VINSON v. WATKINS.  C. A. 5th Cir.  Certiorari denied.

No. 89–5349.  OGUNLEYE v. HARGETT, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 89–5350.  YANG v. MCCARTHY ET AL.  C. A. 9th Cir. Certiorari denied.

No. 89–5354.  WIGGINS v. DISTRICT OF COLUMBIA ET AL.  Ct. App. D. C.  Certiorari denied.

No. 89–5363.  DAVIS v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–5364.  DONATI v. JARVIS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 89–5367.  BATES v. CALLINAN.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 89–5369.  BONDS v. WHARTON, SUPERINTENDENT, MEN'S CORRECTIONAL INSTITUTION.  C. A. 11th Cir.  Certiorari denied.